UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHANNA L. EMEL, | : CIVIL NO: 1:21-CV-00724 |
| Plaintiff, | : (Magistrate Judge Schwab) |
| v. | : |
| KILOLO KIJAKAZI, *Acting Commissioner of Social Security*, | : |
| Defendant. | : |

# ORDER
December 20, 2022

For the reasons set forth in the Memorandum Opinion filed concurrently with this Order, **IT IS ORDERED** that the Commissioner's decision is **AFFIRMED.** The Clerk of Court shall enter judgment in favor of the Commissioner and against the plaintiff and then close this case.

*S/Susan E. Schwab*
Susan E. Schwab
United States Magistrate Judge